UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X

JANE DOE

                                     Plaintiff,

            -against-                       **DECLARATION**


VIKRANT PAWAR

                                 Defendants.

------------------------------------------------------------------------- X


**Andrew B. Stoll** declares the following, pursuant to 28 U.S.C. § 1746:

1.      I am the attorney for Plaintiff in the above captioned action.

2.      On April 4, 2025, I emailed the Summons and Complaint, Motion to File Under Seal (Document 2, Under Seal) and the Court's April 4, 2025 Order granting service by email, in the above captioned action, to Defendant  at VikrantPawarEsq@gmail.com.  The Email has not been returned to me as undeliverable, though I did receive an out of office message until April 14.

Brooklyn, NY
April 8, 2025

                                   **Stoll, Glickman & Bellina, LLP**
                                   Attorneys for Plaintiff
                                   300 Cadman Plaza West, 12th Floor
                                   Brooklyn, NY  11201
                                   (718) 852-3710
                                   astoll@stollglickman.com

                                   BY:

                                   _____
                                   Andrew B. Stoll