# VIK PAWAR LAW P.L.L.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

April 10, 2025

**BY ECF**

The Honorable Lara K. Eshkenazi
United States Magistrate Judge

Re:       *Jane Doe, v. Pawar,* 25 CV 1091 (FB) (LKE)

Dear Judge Eshkenazi:

      I object to the sealing of this case.  As Your Honor has noted, the standard in this Circuit to proceed anonymously is extremely high and is the *exception* and not the rule.  If my name is publicly listed in a legal malpractice lawsuit. Plaintiff should not be shielded from anonymity.  If the Court disagrees then the entire caption should be sealed.

      The Court should not permit plaintiff to perpetuate a fraud upon the Court.  This is especially true because of the attached.[1]  Mr. Stoll and his firm have been informed previously about the frivolous nature of this lawsuit and its failure to state a claim, yet they proceeded with filing a lawsuit against a fellow member of the bar without doing their due diligence. They have also been served with a Rule 11 safe-harbor letter.  Plaintiff has changed her story and is now construing the facts that best suit her needs in this lawsuit against me.  If my law partner had not passed away last year, I know he would have stood by my contention that  plaintiff is attempting to rewrite history for financial gain.

      If the complaint is not voluntarily withdrawn, one of my attorneys is prepared to appear in this action and seek dismissal for failure to state a claim and I will move separately for sanctions.

---

[1] To err on the side of caution, the exhibits are being sent separately to the Court by email/under seal.

1

Thank you.

Respectfully,

VIK PAWAR, PLLC

Vik Pawar

Cc:   Andrew Stoll, Esq. (by email w/attachments)

Stoll, Glickman & Bellina, LLP (by fax w/attachments)